UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lei Li, | |
| Plaintiff, | |
| -against- | |
| United States Citizenship and Immigration Services, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/6/2022__

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 28, 2022, the Court ordered Plaintiff to file a letter clarifying their representation status by December 19, 2022.  ECF No. 14.  On December 2, 2022, Plaintiff filed a letter stating, "I, Lei Li, as the plaintiff [am] representing my case by myself."  ECF No. 16.  Plaintiff has indicated that they are proceeding *pro se*, but have not provided contact information so that Defendant and the Court can communicate with Plaintiff.  Accordingly, by **December 19, 2022**, Plaintiff shall provide their correct contact information (i.e., e-mail address, phone number, and mailing address).

The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: December 6, 2022
New York, New York

ANALISA TORRES
United States District Judge