UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2022_

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 6, 2022, the Court ordered Plaintiff to provide their correct contact information by December 19, 2022. ECF No. 17. This submission is overdue. Accordingly, by **December 27, 2022**, Plaintiff shall provide their correct contact information.

The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge