UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2022
```

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 28, 2022, the Court ordered Plaintiff to provide their correct contact information by December 19, 2022. ECF No. 14; *see also* ECF No. 17. Plaintiff did not meet that deadline. On December 20, 2022, the Court extended Plaintiff's deadline until December 27, 2022. ECF No. 18. Plaintiff's submission remains overdue. Accordingly, by **January 3, 2023**, Plaintiff shall provide their correct contact information.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 28, 2022
       New York, New York

                                                    ANALISA TORRES
                                       United States District Judge