UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2023
```

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated January 10, 2023. ECF No. 21. Defendant's letter raises questions about whether Plaintiff has made false statements to the Court, even after the Court ordered Plaintiff to file a letter clarifying their representation status and provide accurate contact information. *Id.*; *see also* ECF Nos. 13–14. Plaintiff is directed to respond to Defendant's letter by **January 17, 2023**.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge