```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                          Plaintiff,

-against-

United States Citizenship and Immigration Services,

                          Defendant.

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 10, 2023, the Court ordered Plaintiff to respond to Defendant's letter, ECF No. 21; *see also* ECF No. 13, by January 17, 2023. That submission is now overdue. Accordingly, by **January 23, 2023**, Plaintiff shall file their response.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                                      ANALISA TORRES
                                          United States District Judge