UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/31/2023
```

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 10, 2023, the Court ordered Plaintiff to respond to Defendant's letter, ECF No. 21; *see also* ECF No. 13, by January 17, 2023. Plaintiff did not meet that deadline. On January 18, 2023, the Court extended Plaintiff's deadline to file their response to January 23, 2023. ECF No. 24. Plaintiff did not do so. On January 24, 2023, the Court gave Plaintiff until January 30, 2023, to file their submission. ECF No. 26. Plaintiff again failed to meet that deadline.

    Accordingly, by **February 7, 2023**, Plaintiff shall file their response. No further extension shall be granted without a showing of good cause. Failure to comply with the Court's order shall result in dismissal for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 31, 2023
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge