UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/2023_

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated January 31, 2023. ECF No. 28. Plaintiff states, "I am willing to dismiss my general complaint case because my I – 485 case was approved by . . . [United States Citizenship and Immigration Services[.]" *Id.* Plaintiff encloses a copy of their "permanent resident card with th[e] letter." *Id.* The Court intends to grant Plaintiff's request to dismiss the case. By **February 10, 2023**, the Government shall file a response to Plaintiff's request.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: February 2, 2023
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge