UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/6/2023__
```

Lei Li,

                Plaintiff,

-against-

United States Citizenship and Immigration Services,

                Defendant.

22 Civ. 9840 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated January 31 and February 3, 2023. ECF Nos. 28, 30. Accordingly, Plaintiff's request to dismiss the case is GRANTED. The action is DISMISSED. Fed. R. Civ. P. 41(a)(2).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se* and close the case.

    SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                                      ANALISA TORRES
                                         United States District Judge